IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE RENEE CHILDERS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TITLE MAX OF CLANTON #1 and )<br>WILLIAM RANDELL ROEBUCK, )<br>)<br>Defendants. ) | CASE NO. 2:14-cv-1000-WKW<br>WO |

## **O R D E R**

On October 16, 2014, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED for lack of subject matter jurisdiction.

DONE this 10th day of November, 2014.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE